UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOUIS JAMES THIBODEAUX,<br><br>               Plaintiff,<br><br>   v.<br><br>DANIEL WHITE, et al.,<br><br>              Defendants. | CASE NO. 20-05110-BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion for preliminary injunction and temporary restraining order, Dkt. 10, is **DENIED**; and

Dated this 1st day of June, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1